AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ West Virginia _____

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

Wallpapers in Stock
1600 Kanawha Boulevard West MES
Charleston, Kanawha Co., West Virginia

Case Number: 2:07-mj-00091

TO:   Special Agent Bryan Selbe _____   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Special Agent Bryan Selbe _____   who has reason to believe
Affiant

that  ☐ on the person of, or  ☒ on the premises known as (name, description and/or

See Attachment A

**FILED**

**SEP 11 2007**

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

in the _____ Southern _____ District of _____ West Virginia _____ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   September 15, 2007
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search     x   in the daytime — 6:00 AM to 10:00 P.M.     at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

_____ Mary E. Stanley _____   as required by law.
U.S. Magistrate Judge   (Rule 41 (f)(4))

September 5, 2007  9:31 pm   at   Charleston, WV
Date and Time Issued                        City and State

Mary E. Stanley, U.S. Magistrate Judge   Mary E. Stanley
Name and Title of Judge                     Signature of Judge

5

AO 93 (Rev. 12/03) Search Warrant (Reverse)

| RETURN | | Case Number: |
|---|---|---|
| DATE WARRANT RECEIVED<br>9/5/07 | DATE AND TIME WARRANT EXECUTED<br>9/5/07 5:50pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>CLARK DIEHL |

INVENTORY MADE IN THE PRESENCE OF
CLARK DIEHL

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- please see attached

FILED
TERESA L. DE[illegible]NER, CLERK

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

Mary E. Stanley
Signature of Judge

Sept. 10, 2007
Date

## **ATTACHMENT A**

The premises to be searched are the retail areas and offices of a business named WALLPAPERS IN STOCK, which are located at 1600 Kanawha Boulevard, West, Charleston, Kanawha County, West Virginia, within a two-story, mostly red brick office building facing Kanawha Boulevard; the rear of the building is made of blocks painted beige or tan; the front of the building contains large display-type windows along the ground level and an extended opaque facade above. The top facade contains a sign reading "Wallpapers In Stock." Four glass and metal doors lead into the building from the front; the three on the left as one faces the building lead into WALLPAPERS IN STOCK's premises, and the door on the right leads into a separate business.  Positioned near the two doors farthest to the left are the numbers "1600."

## **ATTACHMENT B**

Computers, namely, (1) a silver Dell laptop, (2) a standalone "point of sale" system, (3) a desktop computer connected to a multipurpose device capable of scanning documents, and (4) one or more standalone desktop computers located in the office space of WALLPAPERS IN STOCK, as well as associated input/output devices, software, documentation, backup storage media, and data security devices; and

Data contained on the seized computer equipment relating to the business of WALLPAPERS IN STOCK, including copies of quotes and invoices in the names of WALLPAPERS IN STOCK, Ford Design Service, and Distinctive Accents; licenses and correspondence regarding licenses; records of cash, checks and credit card sales; records of inventory and orders; and email with vendors, customers, and other contracting businesses.

INVENTORY OF ITEMS TAKEN
PURSUANT TO FEDERAL SEARCH WARRANT
EXECUTED AT 1600 KANAWHA BOULEVARD, CHARLESTON, WV,
ON 09/05/2007

**Description of Items:**

1) Toshiba 32 MB SD memory card

2) IBM Travelstar 40 GB hard drive, S/N 7044020054,
   Model #IC25N040ATSS04-0

3) HP dds-3 digital data tapes (9 total)

4) Writing notepad with back-up information

5) (19) 5¼ floppy disks

6) Western Digital HD image Gateway S/N 1190384390;
   Maxtor S/N Y28PQ4PE

7) Maxtor Image - Gateway S/N 0032167850; Hitachi S/N K2CN7EXH

8) Western Digital Image - HP S/N 4EYNA203; HP Netserver S/N
   US14640602

9) Western Digital - Seagate S/N 5LS4RYWF Image