UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

ENTERED

APR 1 9 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE:

SEARCH WARRANT                    MAGISTRATE NO. 2:07-mj-00091

ORDER

Upon consideration of the United States Motion to Unseal, it
is hereby

**ORDERED** that the Search Warrant, the executed Search Warrant
returned to this Court, the Application and Affidavit for Search
Warrant, all attachments to the foregoing documents, the Motion to
Seal, and the order sealing these matters be **UNSEALED.**

ENTER: _April 19, 2011_

_Mary E. Stanley_
MARY E. STANLEY
UNITED STATES MAGISTRATE JUDGE